# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) Case No. **MJ-20-255-SM** |
| **CHRISTOPHER STEVEN LEDBETTER,** | ) |
| **Defendant.** | ) |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma seeks to bring Christopher Steven Ledbetter (DOB: XX/XX/1990; SSN: XXX-XX-1469), currently Inmate Number 2020-0564 at Logan County Jail, 216S Broad St., Guthrie, OK 73044, arrested on June 4, 2020 on a state arrest warrant issued out of Lincoln County, Oklahoma, before the Court for one or more hearings.

Therefore, the United States moves for an order for a writ of habeas corpus ad prosequendum, directed to the United States Marshal for the Western District of Oklahoma or any sworn peace officer, commanding him to produce the defendant before this Court on June 5, 2020, at 3:00 p.m. before Magistrate Judge Suzanne Mitchell, for a hearing and for any further hearings necessary in this matter.  The United States also asks that the Warden of the above institution be directed to surrender the defendant as directed by the Court.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney


*s/Jessica L. Perry*
Assistant United States Attorney
Bar No.  22681
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8743(Office)
(405) 553-8888 (Fax)
Jessica.Perry2@usdoj.gov