## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>               Plaintiff,                      )<br>                                                          )<br>       -vs-                                         ) No. CIV-20-168-G<br>                                                          )<br>CHRISTOPHER STEVEN LEDBETTER, ) Violations: 18 U.S.C. § 922(o)(1)<br>                                                          )                    18 U.S.C. § 924(d)<br>               Defendant.                  )                    28 U.S.C. § 2461(c) | |

### INFORMATION

The United States Attorney charges:

On or about June 4, 2020, in the Western District of Oklahoma,

--------------------------- **CHRISTOPHER STEVEN LEDBETTER,** -----------------------

the defendant herein, knowingly possessed a machinegun, that is, a Two Rivers Arms, Avtomat Kalashnikova (AK-47) style carbine, 7.62x39 caliber, bearing serial number GV2300.

All in violation of Title 18, United States Code, Section 922(o)(1), the penalty for which is found in Title 18, United States Code, Section 924(a)(2).

### FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Information, **CHRISTOPHER STEVEN LEDBETTER** shall forfeit to the United States any and all firearms, magazines, and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. A Two Rivers Arms, Avtomat Kalashnikova (AK-47) style carbine, 7.62x39 caliber, bearing serial number GV2300;

2. Any and all magazines capable of holding 7.62x39 caliber ammunition;

3. Any and all 7.62x39 caliber ammunition; and

4. Any and all destructive devices and components of destructive devices.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section, 2461(c).

TIMOTHY J. DOWNING
United States Attorney

*/s/ Matt Dillon*

MATT DILLON
JESSICA PERRY
Assistant U.S. Attorneys