## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No. CR- 20-168-G** |
| | ) | |
| **CHRISTOPHER STEVEN LEDBETTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### APPLICATION TO SEAL

COMES NOW the plaintiff, United States of America, by Timothy J. Downing, United States Attorney for the Western District of Oklahoma, through Matt Dillon, assistant United States Attorney, and applies, pursuant to Local Criminal Rule 12.2, for an Order sealing the Joint Motion for Extension to File Sentencing Memoranda and to Continue Sentencing in the above-captioned case.

An Order sealing this document is requested because the motion discusses the health of one of the parties.

Further, the Court has the authority to seal documents in appropriate circumstances. *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997) (finding the district court has authority to seal judicial documents "if right to access is outweighed by the interests favoring nondisclosure."); *United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985) ("All courts have supervisory powers over their own records and files" and may, in their discretion seal documents . . . .); *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980) ("It is beyond question that this court has discretionary power to control

and seal, if necessary, records and files in its possession."). See also *In re Knight Pub. Co*., 743 F.2d 231, 234 (4th Cir. 1984) (In criminal cases, "[t]he trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interest."); see *United States v. Martin*, 746 F.2d 964 (3d Cir. 1984) (recognizing district court has authority to seal judicial records and documents*); In re Knoxville News-Sentinel Co*., 723 F.2d 470, 474 (6th Cir. 1983) (finding court has power to seal files where a party's interest in privacy may outweigh the public interest in disclosure); *Matter of Sealed Affidavit(s) to Search Warrants*, 600 F2d 1256, 1257 (9th Cir. 1979) (*per curiam*) (holding that courts have inherent power to seal documents).

WHEREFORE, the government requests that the Court issue an Order sealing the Joint Motion for Extension to File Sentencing Memoranda and to Continue Sentencing.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney


s/Matt Dillon
MATT DILLON, Bar No. 19321
Assistant U.S. Attorneys
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700(Office)
(405) 553-8888 (Fax)
Matthew.dillon@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:  Michael Johnson


s/MATT DILLON
Assistant U.S. Attorney

3