# Exhibit 1:

# Conventional Filing