Exhibit 2:

Conventional Filing