Exhibit 3

266N-OC-3241877 Serial 218
-1 of 7-

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   06/12/2020

Christopher Ledbetter, date of birth (DOB) ▓▓▓/1990, was interviewed while in custody at the 3301 West Memorial Road in Oklahoma City, Oklahoma. After being advised of the identity of the interviewing Agents and the nature of the interview, Ledbetter provided the following information:

The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.

On June 4, 2020, Ledbetter was advised his Miranda rights and signed a form acknowledging his rights and agreeing to talk to agents.

Ledbetter claimed that McLoud Police Department and Chief Wesley Elliot had been harassing him. He said that he was being disarmed for walking or jogging down the road with his weapons. He mentioned that they would ask him to disarm for their safety, and Ledbetter said "you are going to have to kill me next time, because I am tired of this." He said that he would pull his weapon on law enforcement if they pull a weapon on him.

Ledbetter said that McLoud PD was corrupt. He had been getting together with a group of friends to train to be able to protect themselves from police. Ledbetter mentioned Officer Jones had a girlfriend that lived next to his parents and sister in McLoud. Jones had stopped his sister while off duty and harassed her on the road leading up to their residence. Ledbetter mentioned that Officer Jones identified himself as the Chief of Police during this incident. Ledbetter mentioned that the altercation with Officer Jones also involved a dispute over Jones dumping trash in Ledbetter's mother's dumpster.

Ledbetter had purchased his body armor from BulletProofMe in Texas. When he heard about the altercation happening with Officer Jones and his family, he

Investigation on  06/04/2020  at  Oklahoma City, Oklahoma, United States (In Person)

File #  266N-OC-3241877                                           Date drafted  06/04/2020

by  RICH JOSHUA E, James A. Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; its contents are not to be distributed outside your agency.

LED_000601

266N-OC-3241877 Serial 218

FD-302a (Rev. 5-8-10)

266N-OC-3241877

Continuation of FD-302 of  (U) Custodial interview of Christopher Ledbetter , On 06/04/2020 , Page 2 of 7

donned this body armor and grabbed his rifle and went to his mom's property.  Ledbetter had purchased his AK rifle from 2 Rivers in Oklahoma City and modified it himself.  Ledbetter acknowledged that he modified the AK for select fire and that you cannot buy it already select fire.  He acknowledged that he would have modified it before the McLoud incident because he wanted his "rights."  He acknowledged that it was illegal to modify his rifle that way.

Ledbetter said that Officer Jones threatened his step-brother, Dylan Harris, and threatened to burn down his mother's house.  He said that Jones had beat his girlfriend, Dawn.  Ledbetter said that Jones ran off when Ledbetter showed up to the scene, and called someone about Ledbetter being there in "BDUs and a rifle."  Ledbetter said that other than Jones, Chief Elliot had threatened him when he told Ledbetter that "we'll be seeing you again."  Ledbetter took that as a threat.  Ledbetter denied that his mother's property, where he has been residing since the incident, was a "compound."  He acknowledged that he built up the sandbags for protection.

Ledbetter said that the back trailer on his property is occupied by some renters.  Ledbetter could not remember their names, other than one of the daughters.  Her name is Mckenzie and Ledbetter said that she had been solicited by McLoud police.  Ledbetter had been living in the shipping container at the front of his mom's property.  Ledbetter said they do not train much on the property, but they did do the "kill house" training on his mom's property.

Ledbetter said the "grenade" on his kill house video was actually a sparkler bomb firework.  Ledbetter has made homemade grenades, however, and he described how he did it.  Ledbetter used grenade bodies from Army surplus stores, filled them with tannerite, black powder, and firework cannon fuse.  Ledbetter said "legality at this point went out the window" and that "all the good stuff is illegal now."  He said he tested the grenade once and it worked.  Ledbetter said that he had two in case "they hit me" and that he did not have time to make more.

Ledbetter said that "they are just going to kill us anyway" and that "they are killing people in their bed now."  Ledbetter said that most people that want to help are just civilians so they need to be trained.  In the CQB

LED_000602

FD-302a (Rev. 5-8-10)                    266N-OC-3241877 Serial 218

266N-OC-3241877

Continuation of FD-302 of  (U) Custodial interview of Christopher Ledbetter  ,On 06/04/2020 ,Page 3 of 7

video, he was shooting the AK that he modified to be full auto.  The other guy in that video is also ex-military.  The full auto AK his friend shot in that video was also modified by Ledbetter to shoot that way.  Ledbetter said that he went to McLoud Police Station recently "with a squad of people."  Ledbetter said he stopped at McLoud Police station on his way to help the Tulsa protests with his weapons because the police treat him differently when he is armed.

Ledbetter said he went to Guthrie recently to protest their announcement that they would enforce a rule that people had to wear masks.  He said they went to see if the police would use violence on them if they were not in masks.  Ledbetter said he was in Kansas and he knew why the interviewing agents had seen that report on the Open Kansas rally.  Ledbetter said that he had told a reporter that he had illegal weapons.

Ledbetter said that he was just standing up because people wanted to kill him.  He said that New Sons of Liberty (NSOL) were "nothing" and they believed in "no violence on peaceful freedoms."  He said that the NSOL Facebook page was set up to get people together to train.  He said they are not a militia because militias are "gay" and the "don't do shit."  They stand for "no violence on peaceful freedoms" and no "forced taxation."  He said taxation is just a form of intelligent slavery.

Ledbetter said that the friend beside him in the CQB video is a former Marine, where he was a heavy equipment operator.  The AK that Ledbetter's friend used on full auto in that video is Ledbetter's if it meant that it would get his friend criminal charges.  Ledbetter said that it was "registered" to Ledbetter.  Ledbetter admitted that he was "doing it illegally."

Ledbetter believed that McLoud Police had killed and covered up a prior McLoud officer who was too "by the book," who otherwise was reported as having committed suicide.  Ledbetter said that the other local departments were afraid of McLoud police.  Ledbetter said that he had proof of McLoud Police officers engaging in pedophilia and that they have raided his property.  Ledbetter said that a McLoud school resource officer had told a girl at high school that she looked like a porn star.  Ledbetter said the the Chief new this and vouched for the officer.  Ledbetter said that the

FD-302a (Rev. 5-8-10)

266N-OC-3241877 Serial 218

266N-OC-3241877

Continuation of FD-302 of (U) Custodial interview of Christopher Ledbetter , On 06/04/2020 , Page 4 of 7

school had fired all McLoud resource officers recently and hired private security.

Ledbetter said that he never threatened McLoud police. In the video where he told the chief that he was going to drive away without his seatbelt, and they wanted to kill him over that, that Ledbetter would "spill their blood." Ledbetter acknowledged that this was a threat if they tried to kill him, and that they did try to kill him.

Ledbetter said that he went to the police station with his mother for her to file a report against Officer Jones to provide security. Ledbetter claimed that he only took his handgun into the police station, despite being told not to by the Chief. Ledbetter acknowledged that the chief was being respectful, but felt that it was "bullshit." Ledbetter acknowledged that in this situation that he outgunned the McLoud Police Chief, and that "civilians always should" outgun police. Ledbetter said that he would have felt threatened if he was in the Police Chief's position, but that the Police Chief is a horrible person.

Ledbetter acknowledged it was illegal to have a select fire rifle if you do not "pay the crown off enough."

Ledbetter said that he presented all the evidence openly that makes him look bad. He said McLoud took down their Facebook page becuase they have something to hide. Ledbetter said that he has nothing to hide.

Ledbetter was told that he was arrested initially due to the state warrant for eluding, which Ledbetter said the police were trying to stop him illegally. Ledbetter again accused McLoud police of child solicitation and pedophilia. He said that the officer that tried to stop him had been watching him from across the street. Ledbetter said that he was not speeding because it was "life or death for" him and that they were "hunting" him. He said that he did not have a blinker out because he had fixed it earlier that day.

Ledbetter acknowledged that he refused to pull over because it was a "snatch and grab." He acknowledged that he had his illegal fun with him during the attempted traffic stop and that it was "the only gun" he had at the time. He also acknowledged that he racked the slide back during the police chase

LED_000604

FD-302a (Rev. 5-8-10)

266N-OC-3241877 Serial 218

266N-OC-3241877

Continuation of FD-302 of (U) Custodial interview of Christopher Ledbetter, On 06/04/2020, Page 5 of 7

to put his weapon in "condition one."  When he got back to the compound, he called for help and turned to face them without cover.  He said that he knew they would not be able to do much to him with a pistol.  Ledbetter said that the police officer pulled a weapon on him he "would have defended" himself.

Ledbetter said that he has been raided by McLoud police but they have never come into his house.  He said that they cut the fence one time and that his stepfather has seen police hiding in the bushes like Navy SEALS.  He said that they will stage vehicles outside and walk up through the woods.  He said McLoud does these things without "comms" and did not report it to other jurisdictions.  Ledbetter said that Chief Wes Elliot has a lot of money and power.  He said the McLoud police are the "mob."  Ledbetter acknowledged going with friends to McLoud police station recently and agreed he was seeking a confrontation.

Ledbetter said that he would only be assured that McLoud was not trying to kill him if the Bureau announced that they would investigate the McLoud police department.  Ledbetter said that he has done "none of the aggression."  He said that the McLoud police officers are engaging in pedophilia.  McKenzie knows the other girls that are eyewitnesses to Officer Mackie Keener (phonetic) that was grooming girls.  Ledbetter said that Clay Cox, an "ex-counter intel" Air Force member, has information on the McLoud police department.  Ledbetter said that in the future law enforcement can just call him, unless we "steal all" his "stuff."  He said if the Bureau does this, the "relationship is broken."

Ledbetter said that he talked to an officer from Pottawatomie County the night of the chase.  He also indicated that he had offered information to the FBI before from his time in Syria.  He said he had information about a Kurdish prison in Erbil, Iraq that the US was probably behind.  Ledbetter said he took the information to Senator Lankford's office.  He said a lot of the issues with him and police are "miscommunications."  He agreed that his first encounter with the McLoud Police Chief was threatening, but he thought they were going to send people to kill him that day.  He said he had "a lot of rage built up."

Ledbetter said that he pointed a laser at a plane recently because he thought it was Chief Wes Elliot, who he knew used to have an airplane.

LED_000605

266N-OC-3241877 Serial 218

FD-302a (Rev. 5-8-10)

266N-OC-3241877

Continuation of FD-302 of (U) Custodial interview of Christopher Ledbetter , On 06/04/2020 , Page 6 of 7

Ledbetter said that they switched to a drone at night.  Ledbetter said that it was an infrared illuminator that he pointed at the aircraft.

Ledbetter said that his friends would not be violent if the Bureau wanted peace, the Bureau would have to make a statement about investigating McLoud and saying Ledbetter did nothing wrong.  He said all of his friends are dangerous, but not "assholes."  He said when they were at the protests recently, they were there to help people and provide medical care during the protests.  Ledbetter said that Tim Harper recently reached out to Ledbetter, and he called Ledbetter to the McLoud police station.  Harper had gone to the station with Ledbetter's mom because of a town hall meeting that had occurred there.

Ledbetter said that he has problems with the laws of the country, not just with McLoud police.  He said that he got beat up all the time in high school, and now if kids defend themselves in fights in high school, kids get felonies for that.  He said that it is a "dictatorship like no other."  He said this was "a pivotal moment in history."  Ledbetter disagreed with force taxation because he disagreed with slavery.

Ledbetter said that both full auto AKs were registered to him and he made both full auto.  He purchased the tannerite at Academy, and the black powder at either Academy or H&H.  He believed that it was legal to make grenades as long as you used them on the spot and did not transport them.  However, he acknowledged that he has driven around with the grenades that he made.  He said that he wanted the truth to come out even if he got punished for it.  He acknowledged that some of his beliefs are against the law, but he did not "make this to kill anyone."  He said he has the grenades in case "they" raid his property.

Ledbetter said that he only ordered two AKs and that his friend had the other AK.  He did not care if he went to prison for 40 years, but people on other continents do care.  He said "they" could kill you for trivial laws or if you did not pay fines.  He recently conducted an interview for Oklahoma Taxpayers Unite.

Ledbetter had been in the Marines for four years.  His favorite commander was Major Marang, but he did not like Captain Peterson.  He spend 7-8 months

LED_000606

FD-302a (Rev. 5-8-10)      266N-OC-3241877 Serial 218

266N-OC-3241877

Continuation of FD-302 of (U) Custodial interview of Christopher Ledbetter , On 06/04/2020 , Page 7 of 7

in Iraq and Syria, mostly in Sinjar. He had fought with various Kurdish forces, mostly as a machine gunner. Ledbetter said that the stuff that he has been doing in Oklahoma was more dangerous than it was overseas. His tattoo "TF060" was a reference to his unit in Iraq and Syria. His other tattoo, the dagger and skull, referenced the OSS.

Ledbetter said that Clay Cox had evidence of McLoud police printing out fake $100 bills. Ledbetter said that Braedon Chesser was an ex-Marine and was a really good guy. He said that Chesser had Ledbetter's other AK rifle. Additionally, Ledbetter said that Chesser was the other guy in the CQB video.

He said that there were people in other countries that would come when they found out he was arrested. He warned that when his friends saw the "violence" done to him for his "peaceful freedoms," there would be violence. He said that if he was sent to prison for years or if his "stuff" was "stolen from" him, they would fight.