Exhibit 6



# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## ADMINISTRATIVE

| | | | |
|---|---|---|---|
| **AGENCY NAME** | McLoud Police Department | **AGENCY ORI #** | OK0631400 |
| **INCIDENT OCCURRED ON** | 05/19/2020 22:33 | **REPORTED ON** | 05/20/2020 00:00 |
| **TYPE OF REPORT** | Arrest | **OFFICER ASSAULT** | NO |
| **CLEARED EXCEPTIONALLY** | | **CLEARANCE DATE** | |
| **REPORTING OFFICER** | Badge No: M07 - Hicks, William | | |
| **TOTAL IMAGE IN REPORT** | 1 | | |

| OFFENSE (SUMMARY) | |
|---|---|
| NO | OFFENSE |
| 1 | 87F - Traffic - Other<br>McLoud Rd. & Lawerance St. |
| 2 | 87F - Traffic - Other<br>Lawrence St. & McLoud Rd. |
| 3 | 87F - Traffic - Other<br>Lawrence St. & McLoud Rd. |
| 4 | 87F - Traffic - Other<br>Broadway St. & Main St. |
| 5 | 520 - Weapons Law Violations<br>Broadway St. & Main St. |

| PARTY (SUMMARY) | |
|---|---|
| NO | NAME |
| 1 | OFFICER<br>CASKEY, JAMES |
| 2 | OFFICER<br>HICKS, WILLIAM |
| 3 | SUSPECT<br>LEDBETTER, CHRISTOPHER STEVEN |
| 4 | VICTIM<br>OKLAHOMA |



# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## SUSPECT / ARRESTEE

| | | | |
|---|---|---|---|
| **NO** 1 | **TYPE** Suspect | | |
| **NAME** LEDBETTER, CHRISTOPHER STEVEN | **SEX** M | **RACE** W | **DOB** ▇▇/1990 |
| **HGT** 5 Ft. 11 In. | **WGT** 162 | **HAIR** | **EYES** HAZ | **ETHNICITY** |
| **STATUS** | **RESIDENT** Yes | **SSN** | **DL #** ▇▇9131 |
| **ADDRESS** ▇▇ MCLOUD, OK 74851 | | | **PHONE** ▇▇-8880 |

**ARREST DATE**  
**ARREST AGENCY**  
**ARREST LOCATION**  
**MULTI CLEARANCE**  
**BOOKING NUMBER**  
**WEAPON CODE(S)**  
**SEARCH OFFICER**  

**TYPE OF ARREST**  
**ARRESTING OFFICER**  
**DWI ARREST** No  
**BOOKED / WHERE**  
**LOCAL ARREST ID**  
**SEARCH**  

### JUVENILE SECTION
**PARENT NOTIFIED**  
**PERSON NOTIFIED**  
**JUV. DISPOSITION**  

**DATE / TIME NOTIFIED**  
**NOTIFIED BY**  

## VICTIM

| | | | |
|---|---|---|---|
| **NO** 1 | **TYPE** Society / Public | **VICTIM OF OFFENSE** 520,87F | |
| **NAME** OKLAHOMA, | | **SEX** | **RACE** | **DOB** |
| **HGT** | **WGT** | **HAIR** | **EYES** | **ETHNICITY** |
| **STATUS** | **RESIDENT** No | **SSN** | **DL #** |
| **ADDRESS** | | | **PHONE** |

**TYPE OF INJURY**  
**LOCATION OF INJURY**  
**OFFENDER / RELATIONSHIP**


# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## OFFENSE

**NO** 1
**OFFENSE** 87F - Traffic - Other

| OFFENDER OF OFFENSE | VICTIM OF OFFENSE |
|---|---|
| LEDBETTER, CHRISTOPHER STEVEN(29) | OKLAHOMA, |

**CHARGE FROM** Warrant Request  **CHARGE TYPE** Statute Based

**CHARGE DESCRIPITON**
Drives on left side of roadway.

**OFFENSE COMPLETED** Yes
**SUSPECT OF USING**
**MOTIVATE HATE BIAS**
**OFFENSE LOCATION** McLoud Rd. & Lawerance St.
**GEO LOCATION** Oklahoma
**PREMISE TYPE NAME** Roadway
**PREMISE TYPE** Highway/Road/Alley (include street)

**APPLIES TO BREAKING & ENTERING ONLY**
  **METHOD OF ENTRY**                    **# OF PREMISES ENTERED**
  **TIME OF ENTRY**                      **TYPE OF STRUCTURE**

**APPLIES TO STOLEN VEHICLE ONLY**
  **TYPE OF STOLEN VEHICLE**

**CRIMINAL ACTIVITY**
**WEAPON INVOLVED**

### AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES (APPLY TO HOMICIDE ONLY)

**SITUATION**                               **CIRCUMSTANCES**

**MURDER / NON-NEGLIGENT MANSLAUGHTER**     **NEGLIGENT MANSLAUGHTER**
Assault on Law Enforcement Officer(s),

**ADDITIONAL / JUSTIFIABLE HOMICIDE**



# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

| CASE NUMBER |
|---|
| 20200219 |

## OFFENSE

**NO** 2
**OFFENSE** 87F - Traffic - Other

| OFFENDER OF OFFENSE | VICTIM OF OFFENSE |
|---|---|
| LEDBETTER, CHRISTOPHER STEVEN(29) | OKLAHOMA, |

**CHARGE FROM** Warrant Request     **CHARGE TYPE** Statute Based
**CHARGE DESCRIPITON**
Eludes or attempts to eludes a police officer after receiving signal to stop in such a manner as to endanger any other person.

**OFFENSE COMPLETED** Yes
**SUSPECT OF USING**
**MOTIVATE HATE BIAS**
**OFFENSE LOCATION** Lawrence St. & McLoud Rd.
**GEO LOCATION** Oklahoma
**PREMISE TYPE NAME** Roadway
**PREMISE TYPE** Highway/Road/Alley (include street)

**APPLIES TO BREAKING & ENTERING ONLY**
   METHOD OF ENTRY                    # OF PREMISES ENTERED
   TIME OF ENTRY                      TYPE OF STRUCTURE

**APPLIES TO STOLEN VEHICLE ONLY**
   TYPE OF STOLEN VEHICLE

**CRIMINAL ACTIVITY**
**WEAPON INVOLVED**

### AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES (APPLY TO HOMICIDE ONLY)

| SITUATION | CIRCUMSTANCES |
|---|---|
| MURDER / NON-NEGLIGENT MANSLAUGHTER | NEGLIGENT MANSLAUGHTER |
| ADDITIONAL / JUSTIFIABLE HOMICIDE | |



# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## OFFENSE

**NO** 3
**OFFENSE** 87F - Traffic - Other

| OFFENDER OF OFFENSE | VICTIM OF OFFENSE |
|---|---|
| LEDBETTER, CHRISTOPHER STEVEN(29) | OKLAHOMA, |

**CHARGE FROM** Warrant Request
**CHARGE TYPE** Statute Based

**CHARGE DESCRIPITON**
Driving or moving vehicles on any highway which is in an unsafe condition OR not properly equipped with safety devices OR violating any provision of Chapter 12.

**OFFENSE COMPLETED** Yes
**SUSPECT OF USING**
**MOTIVATE HATE BIAS**
**OFFENSE LOCATION** Lawrence St. & McLoud Rd.
**GEO LOCATION** Oklahoma
**PREMISE TYPE NAME** Roadway
**PREMISE TYPE** Highway/Road/Alley (include street)

**APPLIES TO BREAKING & ENTERING ONLY**
  METHOD OF ENTRY            # OF PREMISES ENTERED
  TIME OF ENTRY              TYPE OF STRUCTURE

**APPLIES TO STOLEN VEHICLE ONLY**
  TYPE OF STOLEN VEHICLE

**CRIMINAL ACTIVITY**
**WEAPON INVOLVED**

## AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES (APPLY TO HOMICIDE ONLY)

| SITUATION | CIRCUMSTANCES |
|---|---|
| MURDER / NON-NEGLIGENT MANSLAUGHTER | NEGLIGENT MANSLAUGHTER |
| ADDITIONAL / JUSTIFIABLE HOMICIDE | |


# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## OFFENSE

**NO** 4
**OFFENSE** 87F - Traffic - Other

| | |
|---|---|
| **OFFENDER OF OFFENSE**<br>LEDBETTER, CHRISTOPHER STEVEN(29) | **VICTIM OF OFFENSE**<br>OKLAHOMA, |

**CHARGE FROM** Warrant Request
**CHARGE TYPE** Statute Based
**CHARGE DESCRIPITON**
Fails to obey any traffic control device or sign.

**OFFENSE COMPLETED** Yes
**SUSPECT OF USING**
**MOTIVATE HATE BIAS**
**OFFENSE LOCATION** Broadway St. & Main St.
**GEO LOCATION** Oklahoma
**PREMISE TYPE NAME** Roadway
**PREMISE TYPE** Highway/Road/Alley (include street)

**APPLIES TO BREAKING & ENTERING ONLY**
   **METHOD OF ENTRY**                **# OF PREMISES ENTERED**
   **TIME OF ENTRY**                   **TYPE OF STRUCTURE**

**APPLIES TO STOLEN VEHICLE ONLY**
   **TYPE OF STOLEN VEHICLE**

**CRIMINAL ACTIVITY**
**WEAPON INVOLVED**

### AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES (APPLY TO HOMICIDE ONLY)

| SITUATION | CIRCUMSTANCES |
|---|---|
| **MURDER / NON-NEGLIGENT MANSLAUGHTER**<br>Assault on Law Enforcement Officer(s), | **NEGLIGENT MANSLAUGHTER** |
| **ADDITIONAL / JUSTIFIABLE HOMICIDE** | |



# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER** 20200219

## OFFENSE

**NO** 5
**OFFENSE** 520 - Weapons Law Violations

| OFFENDER OF OFFENSE | VICTIM OF OFFENSE |
|---|---|
| LEDBETTER, CHRISTOPHER STEVEN(29) | OKLAHOMA, |

**CHARGE FROM** Non-Arrest
**CHARGE TYPE** Statute Based ( as Felony)
**CHARGE DESCRIPITON**
Uses firearm or other offensive weapon while committing or attempting to commit a felony , first offense.

**OFFENSE COMPLETED** Yes
**SUSPECT OF USING**
**MOTIVATE HATE BIAS**
**OFFENSE LOCATION** Broadway St. & Main St.
**GEO LOCATION** Oklahoma
**PREMISE TYPE NAME** Intersection
**PREMISE TYPE** Highway/Road/Alley (include street)

**APPLIES TO BREAKING & ENTERING ONLY**
  **METHOD OF ENTRY**            **# OF PREMISES ENTERED**
  **TIME OF ENTRY**              **TYPE OF STRUCTURE**

**APPLIES TO STOLEN VEHICLE ONLY**
  **TYPE OF STOLEN VEHICLE**

**CRIMINAL ACTIVITY** Possessing/Concealing
**WEAPON INVOLVED**

### AGGRAVATED ASSAULT / HOMICIDE CIRCUMSTANCES (APPLY TO HOMICIDE ONLY)

**SITUATION**

**CIRCUMSTANCES**

| MURDER / NON-NEGLIGENT MANSLAUGHTER | NEGLIGENT MANSLAUGHTER |
|---|---|
| Assault on Law Enforcement Officer(s), | |

**ADDITIONAL / JUSTIFIABLE HOMICIDE**

# INCIDENT / OFFENSE REPORT
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

**CASE NUMBER**
20200219

| NARRATIVE   No: 1 - Officer: HICKS, WILLIAM |
|---|

### SYNOPSIS:

Chris Ledbetter drove a white Ford Ranger, bearing Oklahoma tag (000 97V), out of the Sinclair Gas Station located at 12606 S. McLoud Road. Ledbetter could clearly see my police vehicle. At the same time, I was driving out of the Loves Gas station which is directly across the street from the Sinclair. Ledbetter drove north on McLoud Road, and I, unbeknownst to me, drove north also. Ledbetter stayed in the #1 Lane, I was in the #2 Lane. I did not know that Ledbetter was driving the vehicle at this time. I watched as Ledbetter went left of the center line three times as the two lanes merge into one lane. I also saw a broken taillight on the passenger side of the vehicle. I turned on my lights in order to stop Lednetter for going left of center. Ledbetter failed to yield to my lights and siren leading me on a pursuit into the neighboring county of Lincoln County. Ledbetter stopped at County Road 3330 & County Road 1066 inside Lincoln County jurisdiction.

During the pursuit, Ledbetter ran two stop signs and forced another car off the road. The two stop signs that Ledbetter ran are dark intersections and hard to see due to the darkness and position of the stop signs. Ledbetter, who drove at an approximate speed of 58 miles per hour on city streets marked 35mph, ran another motorist off the road and into the ditch next to the road on County Road 1070 west of Blackberry Road.

Ledbetter led me back into this residence at 1066 Road and Blackberry. Ledbetter lives at the very end of a dirt road with only one way in and one way out. When Ledbetter stopped, I clearly saw him exit his vehicle holding a black rifle which appeared to be a similar to an AR-15. Ledbetter exited the vehicle holding the firearm, turned and backed up to the front of his vehicle. The firearm was pointed in my direction at this time. Ledbetter to a position of cover and concealment with the rifle pointing in my direction at the front of his vehicle. For my safety I immediately backed my vehicle out of the long dirt driveway and took a position of cover until other units arrived on scene.

At the time of this investigation, Ledbetter was not contacted and arrested. In the interest of public safety, the decision was made to leave the scene and complete a warrant of arrest affidavit. I also feel, based upon previous history with Ledbetter and law enforcement, Ledbetter was trying to get me to stop him. When I didn't stop him the first time for going left of center, Ledbetter kept doing it until I decided to stop him.

During this incident, my body-worn camera was worn, and the footage was later uploaded as evidence.

### ORIGIN:

On 05/19/2020, at approximately 2233 hours, I Officer William Hicks, a duly sworn Police Officer with the McLoud Police Department, in the city of McLoud, County of Pottawatomie, State of Oklahoma., was wearing a full police uniform and driving a fully marked patrol car. I was on patrol when I observed a white Ford Ranger traveling north on Mcloud Rd travel left of the centerline three times. The vehicle also had a broken taillight on the passenger side of the vehicle.

### INVESTIGATION:

I activated my emergency lights to initiate a traffic stop. The driver of the vehicle was later identified as Christopher Ledbetter. Ledbetter drove the vehicle north on Mcloud Road, slowing down at the intersection of Broadway St. & McLoud Rd. Ledbetter failed to stop at the stop sign. At this time, I activated my siren to further Ledbetter to stop. Ledbetter went west on Broadway St. and failed to stop at the stop sign at the intersection of Main St. & Broadway St. Ledbetter turned north on Main St. traveling north on Hwy 102 at the approximate speed of 58 miles per hour until he reached County Road 1070 inside Lincoln County jurisdiction.

Ledbetter turned east on County Road 1070 forcing a white Sports utility vehicle off of the roadway into the ditch on the south side of County Road 1070. Ledbetter continued east on County Road 1070 in the westbound lane until he reached Blackberry Dr. Ledbetter traveled north until he reached County road 1066. Ledbetter went east on County Road 1066 until he reached the dead-end street where his property is located at.

While pursuing Ledbetter I observed multiple people in the general area close to where Ledbetter had exited the vehicle. Ledbetter jumped out of his vehicle, assuming a defensive position while pointing his black rifle towards me taking cover in front of the vehicle. Ledbetter was wearing a black ballcap, a dark-colored shirt, and tan tactical pants. While assessing the situation, I decided to back my vehicle down the driveway until I reached Blackberry Dr. to assume a more defensive position while I waited on additional units to arrive at my location.


| NARRATIVE No: 1 - Officer: HICKS, WILLIAM |
|---|

A short time later, Deputy Caskey (Co22) arrived at my location. Deputy Caskey contacted Ledbetter by cellphone. Ledbetter stated the McLoud Police is trying to "set him up and kill him". Ledbetter advised Deputy Caskey that he was driving the vehicle, but he was doing nothing wrong. Ledbetter stated he was recording his speed when the officer turned on his emergency lights.

Previous investigations indicate Ledbetter often uses Facebook (social media platform) to communicate. McLoud Police Chief Wes Elliot, who was also on scene, checked Ledbetter's Facebook and Ledbetter was calling for help to bring him re-enforcement. Ledbetter's Facebook post said, "Get everyone to my coordinates now! Tried to do a anatch (snatch) and grab on me again and ran away when I took the AK (assault military weapon) They want to kill me for exposing their pedophiles. Get here now bros." (Facebook, https://www.facebook.com/christopher.ledbetter.9) For further information please see a copy of the screen shot from Ledbetter's account attached to this report.

Lincoln County Sheriff Charlie Dougherty (Co1) arrived at the location. Sheriff Dougherty decided to terminate the call and request we file for a warrant with the District Attorney's Office.

**BACKGROUND:**

Ledbetter has a history with law enforcement. Ledbetter has stated during other instances and on social media that he is a peaceful person but will use deadly force if law enforcement pulls a weapon on him. Ledbetter has also told McLoud Police Chief Wes Elliott, that he would, "Spill your blood" during an incident in February 2020. Ledbetter often puts on his military style helmet, body armor, handgun, and rifle and often walks through town. When Ledbetter does this, other residents of McLoud call 911 to report the incident. During an investigation of the continuing activies of Lebbetter it has become apparent, Ledbetter is attempting to "bait" law enforcement into a confrontation. Ledbetter had previously told McLoud offices that he wouldn't wear his seat-belt so they would stop him. Ledbetter often takes the tag to his vehicle off so law enforcement would stop him.

**STATEMENTS:**

None

**EVIDENCE:**

My body-worn camera footage was uploaded as evidence.

**INJURIES:**

None

**FOLLOW UP:**

None

End of Report

W. Hicks M7

**INCIDENT / OFFENSE REPORT**
**McLoud Police Department**
408 W Broadway, McLoud OK 74851 (405) 964-3374

| CASE NUMBER |
| --- |
| 20200219 |

## SIGNATURE

It is unlawful to falsely report a crime.

Will you prosecute (yes/no) _____   Report submitted to DA (yes/no) _____   _____
Officer Initial / Signature

_____   _____   _____
Reported By Print                                Reported By Signature                         Date

_____   _____   _____
Reported By (2) Print                           Reported By (2) Signature                    Date

_____   _____   _____
Reported By (3) Print                           Reported By (3) Signature                    Date

_____   _____   _____
Victim / Witness Print                          Victim / Witness Signature                   Date

_____   _____   _____
Victim / Witness (2) Print                     Victim / Witness (2) Signature              Date

_____   _____   _____
Reporting Officer Print                        Reporting Officer Signature                  Date

_____   _____   _____
Reviewed Officer Print                         Reviewed Officer Signature                   Date