# Exhibit 7:

# Conventional Filing