Exhibit 8:

Conventional Filing