Exhibit 9:

Conventional Filing