Exhibit 10:

Conventional Filing