# Exhibit 11:

# Conventional Filing