Exhibit 12:

Conventional Filing