AO 91 (rev.11/11) Criminal Complaint

**DEFENDANT COPY**

AUTHORIZED AND APPROVED DATE: Jessica Perry 06/05/20

# United States District Court
## for the
**WESTERN** DISTRICT OF **OKLAHOMA**

**FILED**
JUN - 5 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

UNITED STATES OF AMERICAN,

v.

CHRISTOPHER STEVEN LEDBETTER,

Case No: M-20-255-SM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 4, 2020, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o)(1) | Possession of Machine Gun |

*See attached 12 pages*

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James A. Anderson, of the Federal Bureau of Investigation which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

JAMES A. ANDERSON
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: 6/5/20

City and State: Oklahoma City, Oklahoma

SUZANNE MITCHELL, US Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: M-20-255-SM |
| CHRISTOPHER STEVEN LEDBETTER, | ) ) ) |
| Defendant | ) ) |

## ARREST WARRANT

To: any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay, Christopher Steven Ledbetter, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Machine Gun in violation of Title 18, United States Code, Section 922(o)(1).

Date 6/5/20

*Issuing officer's signature*

City and State: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date _____

Blank

*Arresting officer's signature*

_____
*Printed name and title*

## CONCLUSION

19. Based on the forgoing, I believe there is probable cause to believe that on June 4, 2020, in Oklahoma City, Oklahoma, in the Western District of Oklahoma, **CHRISTOPHER STEVEN LEDBETTER** did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), that was not registered to him in violation of Title 18, United States Code, Section 922(o).

**FURTHER, YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

James A. Anderson
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me on June 5, 2020

HONORABLE SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

themselves or don't want you to. Like here we can run around with automatics and explosives and tell the cops to suck our dicks because they know we will die for it at this point. But then we have offered shop owners protection to open back up and most of them decline just cause they are scared of breaking the law. If the bend the knee there for this and Duncans family gets fucked more with no protection, they will be getting visited sooner or later by those that are willing to take a stand."

g. On May 1, 2020 at 23:38:25 UTC, **LEDBETTER** replied to a comment by FBU 11: "ah I see. Na I've never had an SBR/SMG. Just run a select fire and a few grenades EDC lol."

13. I caused a search to be conducted of the Bureau of Alcohol, Tobacco, Firearms and Explosives's (ATF) federal licensing system. That search determined that **LEDBETTER** does not have the required licenses to possess a machine gun.

14. On June 4, 2020, **LEDBETTER** was arrested by FBI Agents in Oklahoma City pursuant to a state arrest warrant. While being taken into custody, for officer safety and public safety, FBI agents asked **LEDBETTER** whether there were any explosives in the vehicle. Agents told **LEDBETTER** they appreciated him being straightforward. **LEDBETTER** gestured toward his vehicle (a 2017 blue Jeep Wrangler, Oklahoma tag HXT771) with his head and stated, "I've always been straight forward. That rifle in there is select fire. You have them." FBI agents understood his statement to mean that he had a

financial records, birth/marriage/divorce records, school transcripts, employment records, military service records, medical records, or medical or counseling records. If the defendant is unable or unwilling to provide this documentation, the probation officer will seek to obtain it independently. Probation officers may also visit the defendant's residence to assess the defendant's living condition, family relationships and community ties.

Defendants have the right to refuse to answer questions or provide information during the presentence interview. A defendant's attorney may have a legal or strategic basis in a given case for advising the client not to answer certain questions or to sign releases of information. The decision not to answer a question or provide information will be reported to the court with a notation the decision was made on the advice of counsel. It is possible the lack of information in the report concerning particular subjects may restrict the defendant's access to programs offered by the Federal Bureau of Prisons if the defendant is incarcerated. Lack of information on some matters may also impact the calculation of the advisory sentencing guidelines. You are encouraged to consult with you attorney regarding what information to provide during the presentence investigation interview.

Defendants should plan to be at the presentence interview for approximately one hour. Most attorneys choose to be present during the presentence investigation interview.

## WHO RECEIVES THE PRESENTENCE REPORT?   *I Never got it or saw it*

The federal presentence investigation report is a confidential document. The disclosure of the presentence report to certain parties is governed by Rule 32 of the Federal Rules of Criminal Procedure, as well as local rules in the individual federal districts.

The first draft of the report (often referred to as the "initial disclosure") is provided only to the attorney for the government and the attorney for the defendant. The defendant's attorney should schedule a time to provide the defendant a copy of the report and review it with him/her. At this time, either attorney or the defendant may file objections to any information contained in the report. Each attorney may contest the accuracy of the information contained in the presentence report or the application of the sentencing guidelines to that information. The probation officer will list and provide a response to all objections received in an *addendum* to the presentence report. Once the probation officer has completed the addendum, the full report and addendum is disclosed to the attorney for the government, the attorney for the defendant, and the sentencing judge.

After sentencing if a defendant is ordered to serve a term of imprisonment, the presentence report will be provided to the Federal Bureau of Prisons to assist the Bureau in classifying the defendant to the appropriate security level, providing needed prison programs, and for release planning. Although the presentence report is provided to the Bureau of Prisons, it remains an official court document and may not be re-disclosed by the Bureau of Prisons to any third party.

Any other disclosure of the presentence report may only be done at the recommendation of the probation office and pursuant to court order allowing the disclosure.

> the world this is why he did that's what he does okay
>
> MMS 7:48 AM

**Wed, 06/10/2020**


> Was second one uncle tod.? Tod jones??
> 6:25 AM

> Pedi
> 6:25 AM


> Joann just to let you know the McLoud pd has been to my house..I wouldn't let them in my house with no warrant..they questioned me and my 2 girls..then went on to let me know they know who my boyfriend is..he is a felon without a driver's license who takes care of his blind dying mother who is in end stage renal failure..he has to drive is mother 3 days a week to dialysis and the other two days they got Dr.s appointments..they did warrant checks ran the tags of all vehicles at my house..I cant let anything happen to my boyfriend because if he goes to jail for anything there is nobody to take care of his mother..I will


> Officer jones is the one that drove around handing out candy to the kids..one of my daughters friends call him uncle officer jones..and mackey keener is the ill be that approached my girls at the park asking if they were alone..
> 6:31 AM


> Mackey keener is the one that approached
> 6:32 AM

1/2

+14056958384


> cant let anything happen to my boyfriend because if he goes to jail for anything there is nobody to take care of his mother..I will still be trying to get the word out by mouth only..my social media is being watched..and I pretty much know if I keep posting things they are gonna start retaliating on my boyfriend cuz I have noticed they are patrolling by my house more and I been doing the driving and everytime we pass a police they are looking to see who is driving..
>
> 8:54 AM MMS

1/2

+14056958384


> done okay
>
> MMS 10:44 AM


> They really didnt threaten me but you can tell by what questions they asked and how and when they ask them..they did their homework on my house but I'm not worried..I am a law abiding citizen..I live my life with meaning and compassion..just because I'm native doesn't make me stupid like they think..
> 10:50 AM


> Continue to message me all info I do have people doing posting for me that live outside city limits..
> 10:36 AM


> Just just remember Duncan Duncan lamp Okay that was killed in his bed by the FBI because he had it some **illegal gun** supposedly they came at 3 in the morning

Paper

Mika Johnson gave a
note to Home. Pending
Picture of the Text.
would not answer me
to return Them. These are
personal. To Watts family.

3-10-a-

Jo Ann Johnson

Ashley Jennings
Admin. Tech III
Child Welfare

JoAnne Johnson turned in files to child welfare reception for Watts on 2/22/2021. They were given to her by her attorney Mike Johnson.

**COURTROOM MINUTE SHEET**

DATE 12/17/2020

CASE NUMBER  CR-20-168-G

USA   -vs-  Christopher Ledbetter

COMMENCED 10:09     ENDED 02:16     TOTAL TIME  4 hrs 7 mins

PROCEEDINGS  Sentencing

JUDGE CHARLES B. GOODWIN     DEPUTY JACOB BUCKLE     REPORTER Cassy Kerr

PLF COUNSEL  Matt Dillon, Jessica Perry

DFT COUNSEL  Michael Johnson

PROBATION OFFICER  Raquel Sweet

INTERPRETER

WITNESSES FOR PLAINTIFF
1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT
1.
2.
3.
4.
5.

The Court hears argument re PSR from Deft and Govt and re Sentencing from Govt and Deft as well as personal statement of Deft and commits Deft to BOP for 57 months followed by 3 years supervised release in addition to ordering a $100.00 special assessment due immediately. Deft advised of DPPA and appeal rights and remanded to custody of USM.

*Chris never waved his rights to A Appeal*

Case 5:20-cr-00168-G Document 50-1 Filed 04/09/21 Page 9 of 11
Case 5:20-mj-00235-SM Document 21 Filed 06/17/20 Page 3 of 5

AO 472 (Rev. 11/16) Order of Detention Pending Trial

☐ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☒ Prior attempt(s) to evade law enforcement   *untrue*
☒ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

The Bail Reform Act provides that a "judicial officer shall order the pretrial release of the person . . . unless the judicial officer determines that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community." 18 U.S.C. § 3142(b). The Bail Reform Act favors the pretrial release of defendants.

On June 10, 2020, the Court held a hearing on the government's request for Defendant's detention pending trial based upon risk of flight and danger to the community. Assistant United States Attorney Matt Dillon and Jessica Perry represented the government. Defendant appeared in person and with counsel, Michael Johnson.

The structured system of the Bail Reform Act, 18 U.S.C. § 3141 *et seq.*, regarding the release or detention of a defendant before trial seeks to ensure the Court carefully considers and contemplates the interests of the defendant and the public before the Court orders release or detention. The Court is charged with holding a hearing to determine whether there exists "any condition or combination of conditions set forth in [18 U.S.C. § 3142(c)] that will reasonably assure the appearance of the [defendant] as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Section 3142(c)(1)(B) of the Bail Reform Act sets forth a nonexclusive list of conditions that a court may impose upon granting a defendant's motion for pretrial release. If the Court determines no sufficient condition or combination of conditions exists, the Court may order that Defendant be detained without bail pending trial.

The Court considers the four factors set forth in § 3142(g) to determine whether pretrial detention is warranted. The four factors are:

(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including—

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

*A & B Chris Never had done*

mike johnson
8:34 AM
asked chris
waving retriel. You never even asked him.

I hav to wo Now more

Delete
Copy text
Select text
Forward
Share
Star message
Send to Reminder
View details

contract. We have fulfilled our part. Im sure you are not serve yours how could you miss all this stuff? Chris is good judge of cariter.
9:18 AM

Are you will to talk to judge Goodman about these unlawful arrest? I'm going to mail him a letter
12:04 PM

Door locked no

from x to our layer
mike johnson

STATE OF OKLAHOMA )
)
)
)
)
)
TA RICHEAWNA WATTS )

Logan County
Case No. CF2018-276

**RECEIPT FOR CONFIDENTIAL OKDHS REC(**
**(TO BE KEPT IN DHS FILE)**

ndersigned hereby acknowledges receipt of the enclosed confi
d pursuant to a Court Order in the above-styled case and the
otective order of the Court.

16th day of August, 2019

oduced (Case Names & Numbers)
S OF : 1669407, 1647212, 1318640, 1294762, 125527
921683, 820978, 725295, 696263, 678676, 567474,

copy

following:

**Machine guns**

Includes any firearm which can fire repeatedly, without manual reloading, "by a single function of the trigger",[10] which is broader than the common definition.[11] Both continuous fully automatic fire and "burst fire" (e.g., firearms with a 3-round burst feature) are considered machine gun features. The weapon's receiver is by itself considered to be a regulated firearm. A non-machine gun that may be converted to fire more than one shot per trigger pull by ordinary mechanical skills is determined to be "readily convertible", and classed as a machine gun, such as a KG-9 pistol (pre-ban ones are "grandfathered").[citation needed]

**Short-barreled rifles (SBRs)** Gun 1976

Includes any firearm with a buttstock and

+1405...

the defenseless the defenseless women and children like your children and let it be known to the world this is why he did that's what he does okay

MMS 7:48 AM



Joann just to let you know the McLoud pd has been to my house..I wouldn't let them in my house with no warrant..they questioned me and my 2 girls..then went on to let me know they know who my boyfriend is..he is a felon without a driver's license who takes care of his blind dying mother who is in end stage renal failure..he has to drive is mother 3 days a week to dialysis and the other two days they got Dr.s appointments..they

...stuff back? I'm sure they have time. After not getting it back when we were told we would get it. What's the law on how long it takes. They also gave a inaccurate list of what they took. By law I think they have to give list. Does this mean the fbi broke a law. Or just

View all

3:52 PM

M  Both!  4:56 PM  Mike Johnson

Anyway to hold them accountable?  5:05 PM

To Mike Johnson

So no idea about our asked Chris about waving retriel. You never even asked him.  8:34 AM

I have been trying to work with you. Now how much more can we take.

