# Exhibit 3

IN THE DISTRICT COURT OF THE TWENTY-THIRD JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR LINCOLN COUNTY

THE STATE OF OKLAHOMA, )
 )
    Plaintiff, )
vs. ) Case No. CF-2020-
 )
CHRISTOPHER STEVEN LEDBETTER )
 )
ADDR: 333246 E. 1066 Road )
    MCLOUD, OK 74851 )
 )
SSN:  ■-1468 )
DOB:  ■1990 )
    Defendant(s). )

## FELONY
### WARRANT OF ARREST PURSUANT TO 22 O.S. § 171 et seq

TO: Any Sheriff, Peace Officer or Police Officer of the State of Oklahoma.

Having reviewed the Affidavit of Larry Stover, LCSO, #03 and, the undersigned finds, there is probable cause to believe that the crimes of:

**COUNT 1:** ELUDES OR ATTEMPTS TO ELUDE A POLICE OFFICER AFTER RECEIVING SIGNAL TO STOP IN SUCH A MANNER AS TO ENDANGER ANY OTHER PERSON. (21 O.S. § 540A&(B), a Felony; whereby Defendant violated 47 O.S. 11-306, by driving left of center on at least three (3) occasions, and 47 O.S. §12-101, by operating a vehicle on any highway in an unsafe condition (right rear lighting array not operating properly or otherwise defective), resulting in the McLoud Police Department attempting to effect a traffic stop;

**COUNT 2:** USES FIREARM OR OTHER OFFENSIVE WEAPON WHILE COMMITTING OR ATTEMPTING TO COMMIT A FELONY, FIRST OFFENSE (O.S. 21 §1287);

**COUNT 3:** POINTS A SHOTGUN, GUN OR PISTOL OR ANY DEADLY WEAPON WITH THE INTENTION WITH THE INTENT OF DISCHARGING THE WEAPON OR WITH MALICE OR FOR ANY PURPOSE OF INJURING (O.S. 21 §1289.16);

**COUNT 4:** ENGAGING IN A PATTERN OF CRIMINAL OFFENSES (21 O.S. §425.A) in Pottawatomie and Lincoln Counties, State of Oklahoma;

**Were committed by Christopher Steven Ledbetter, a white male, approximately 5'10", 150 lbs., brownish hair, approximately 30 years of age, whose last known whereabouts was 333246 SE 1066 Road, McLoud, OK 74851**

You are therefore commanded to <u>forthwith</u> arrest the above-named defendant, day or night, and bring him before me forthwith at my office, or, in case of my absence or inability to act, before the nearest or most accessible magistrate in this county.

The Defendant is to be admitted to bail in the sum of $ _75,000.00_ .

This warrant supersedes and recalls the warrant executed on May 24, 2020, regarding the above events and Defendant. **FOR REASONS PREVIOUSLY PROVIDED TO THE COURT, THIS WARRANT IS TO BE FILED UNDER SEAL UNTIL THE FURTHER ORDER OF THIS COURT.**

WITNESS my hand this 2nd day of June, 2020.

_____
JUDGE OF THE DISTRICT COURT