Exhibit 4

## AFFIDAVIT OF MICHAEL S. JOHNSON

STATE OF OKLHOMA          )
                          ) SS.
COUNTY OF OKLAHOMA )

I, Michael S. Johnson, having first been duly sworn upon my oath, depose and say as follows:

1. I was Mr. Ledbetter's attorney of record for the case: 5:20-cr-00168-G

2. Initially, there was a detention hearing held before the Honorable Suzanne Mitchell. At that detention hearing, which lasted approximately four hours, his mother and stepfather testified on his behalf. Judge Mitchell found that he was a flight risk and danger to the community and ordered him to be detained pending trial. There were no other pretrial hearings in this matter. So, I am unaware of what pretrial hearing Mr. Ledbetter is claiming that he was unable to speak.

3. Mr. Ledbetter is confusing his search warrant date, the execution of the search warrant date, and when the criminal complaint was filed when referring to the June 4, 2020, date. The search warrant was signed on June 3, 2020, executed on June 4, 2020, and a criminal complaint was filed on June 5, 2020. This has been explained to him and his mother again and again. He is confusing the criminal complaint with the search warrant affidavit. There was nothing illegal about the Government's activity or how they obtained this search warrant and executed it.

4. Mr. Ledbetter also claims that the machine gun was already a machine gun when he purchased it. This is not true. In fact, when he interviewed with the FBI after his arrest, he explained how he made an ordinary assault weapon into a machine gun, not only for himself but for his friend as well. I explained to him repeatedly that he was charged with possession of a machine gun. That is a violation of federal law. Up until I received this 2255 motion, I thought he understood that. Additionally, discovery show that various components were manufactured on different dates.

5. His entire family was upset with the way the search warrant was executed. Although I do agree that there was a large show of force in executing the search warrant, based on Mr. Ledbetter's media interviews and Facebook, posts plus his previous confrontation with law enforcement while carrying an assault weapon, I do not see anything excessive about that. However, if Mr. Ledbetter believes his civil rights were violated by this search warrant execution, he should file a civil lawsuit.

6. As for his claim that I gave Mr. Ledbetter an illegal warrant dated after his arrest, that is simply not true. I reviewed with Mr. Ledbetter all the discovery at the Pottawattamie County jail on various occasions, and he accepted and understood what he had done was wrong. This was the reason for the quick plea in this matter.

7. As for the allegations of the threats, I repeatedly did tell his family not to post inflammatory material on Facebook because the joint-terrorism task force was observing that, and the reason that he was tagged in the first place related to some of his Facebook post, which the court reviewed at sentencing. That is not a threat, that is good legal advice.

8.  Mr. Ledbetter was explained repeatedly his right to appeal. He understood that by entering a plea agreement, that the government would not file additional chargers, nor seek additional enhancements. In return, he waived his right to appeal, except in limited circumstances, none of which arose in this case.

9.  I did have extensive discussions with Mr. Ledbetter regarding his time in Syria fighting ISIS. At no time did I ever laugh about it or insult him. In fact, I was very complimentary towards him and his service to the United States.

10. Mr. Ledbetter and his family's anger did not arise until the items that were taken during the search warrant were not promptly returned. Although I did diligently work with the FBI and US Attorney's Office to get those items returned, Mr. Ledbetter's mother repeatedly came up with false conspiracy theories, which I was not willing to entertain.

11. Even though the court sentenced Mr. Ledbetter at the low end of the guidelines, I did explain to them that based on his service to the county and lack of criminal history, I thought the judge would downward depart.

12. All discovery materials provided by the government has been reviewed repeatedly by Mr. Ledbetter and his family.

13. Mr. Ledbetter, through his mother, filed a bar complaint alleging pretty much the same allegations as his 2255 motion. Enclosed are the bar complaints and the letter of dismissal from the Bar Association exonerating me and finding no merit to his claims.

FURTHER AFFIANT SAYETH NOT.

_____
Michael S. Johnson

Subscribed and sworn to before me this 16th day of ___July___, 2021.

Notary Public

My Commission Expires: 2|10|2024

My commission Number: 10006064
(Seal)



# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

March 23, 2021

COPY

JoAnn Hazel Johnson
333247 E.1066 Rd
Mcloud, OK 74851

RE:   Grievance against Michael Sheddie Johnson, IC-21-150

Dear Ms. Johnson:

We have received your grievance against the above-referenced attorney.

We are not opening a formal investigation at this time. Instead, we are sending Mr. Johnson a copy of your letter and requesting that he respond to us as soon as possible, but within at most two weeks, about the matter set out in your letter. It is possible that in this manner, the complaints made in your letter will be addressed and there will be no reason for the General Counsel's office to conduct a formal investigation.

Under the Rules of the Oklahoma Bar Association as promulgated by the Supreme Court of the State of Oklahoma, these matters must remain confidential. We cannot provide legal advice nor can we represent you in any pending litigation. It is therefore essential that you continue to protect your own legal interests. If at any time you have any further information you wish to be considered or investigated regarding your grievance, you are welcome to provide the information to us.

Sincerely,

Stephen Sullins
Assistant General Counsel

SLS/wm

cc: Michael Sheddie Johnson

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065



RECEIVED

MAR 1 8 2021

Office of the General Counsel
Oklahoma Bar Association

## GRIEVANCE FORM

PAGE ONE

RETURN FORM TO:   Office of the General Counsel
Oklahoma Bar Association
P.O. Box 53036
Oklahoma City, OK 73152

**Complainant Information:**

Prefix:   ☐ Mr. ☒ Mrs. ☐ Ms.

First Name: ___JoAnn___

Middle Name: ___Hazel___

Last Name: ___Johnson___

Address: 33324 7 E 1060 Rd

City: ___Mcloud___

State: ___OK___ Zip code: ___74851___

Date of birth: __07/24/1953__

Email: _joannledbetter53@gmail.com_

Telephone:

Home: _405 699 - 1683_

Business: _405 699 - 1683_

Mobile: _(405) 699 - 1683_

**Attorney against whom you wish to file a grievance: (NO LAW FIRMS)**

Prefix:   ☒ Mr. ☐ Mrs. ☐ Ms.

First Name: ___Mike Johnson___

Middle Name: _____

Last Name: ___Johnson___

Address: ___1103 NW 87 St___

City: ___Oklahoma City___

State: ___OK___ Zip code: ___73114___

Telephone:

Business: _(405) 833 - 8090_

Home: _____

Mobile: _(405) 833 8090_

Email: _M johsonms j@yahoo_
_. com_

1. Did you employ the attorney? Yes __X__ No ____
   a. Approximate date you employed the attorney: _6-9-20_
   b. Was there a written agreement for services? Yes _____ No __X__
      (If yes, attach copy)
   c. What, if any, was the amount paid to the attorney? _$10,000_
   d. Date Paid: _6-9-20_ (attach proof of payment)
      + 8-14-20 ( 6-1-20 & 8-14-20 )

**\* \* \* DO NOT WRITE ON BACK OF FORM \* \* \***

**\* \* \* DO NOT SEND ORIGINAL DOCUMENTS, PROVIDE COPIES
AS ORIGINALS CANNOT BE RETURNED \* \* \***

<u>GRIEVANCE FORM</u>                    PAGE TWO

2.   If you did not employ the attorney, what is your connection to him/her?

_____

_____

3.   Please furnish the following information, if available:
     a. Name of Court/County: _Oklahoma Federal, Court(western)_ united states District
     b. Case Number: _M - 20 - 255 - sm_
     c. Title of Suit: _United states_ vs. _Christoph Court_ Ledbetter

     _____

     d. Approximate Date case was filed: _6 - 5 - 20_

4.   If you are or have been represented by any other attorney with regard to this same matter, state the name and address of the other attorney:

     Name: _____NONE_____
     Address: _____
     City: _____
     State: _____ Zip code: _____

5.   If you have made a grievance about this same matter to any other Official or Agency, state its (their) name(s), and the approximate date you reported it:
     _Court Clerks office United States Federal_ court
     _march 9, 2021_

6.   In the event a disciplinary hearing is held, would you be willing to appear and testify as a witness? Yes __X__ No _____

* * * DO NOT WRITE ON BACK OF FORM * * *

* * * DO NOT SEND ORIGINAL DOCUMENTS, PROVIDE COPIES
AS ORIGINALS CANNOT BE RETURNED * * *

## GRIEVANCE FORM                    PAGE THREE

7. Names and addresses of witnesses to this grievance:

A. Chris S. Ledbetter   Glenn Johnson

| Name | Name | Name |
| --- | --- | --- |
| 14209 Hwy 177 | 333247 E. 1066 Rd | Address |
| Shawnee | Mcloud, | City |
| OK        74804 | OK      74851 | State        Zip |

8. Nature of grievance against the attorney explained in full detail. **(Use a separate piece of paper if necessary).** If you employed the attorney, state what you employed him/her to do. Include what the attorney did or did not do. Further information may be requested.

Christopher S. Ledbetter
possession of machine gun. Code # 18 U.S.C. 8
922(o)(1). Chris was arrested 6-04-20
Date on warrent is 6-05-20. See ATT#
Mr Johnson waved Chris's right to appeal
without permission. Mr Johnson gave,
Chris his warrents affter Sentacing,
when Chris Looked date was 6-05-20
Not 06-04-20 Copies Attached.
Mr Johnson Never gave Chris
The presentence report (see ATT)
Mr Johson Did Not Talk To Chris
2 months before sentanceing.

I hereby certify that I have read the foregoing matters and that they are true and correct to the best of my knowledge.

_____                    3-17-21
Your Signature                                              Date

This grievance form **must** be signed before it can be considered.
It is imperative that you notify this office of an address change.
If you are not available as a witness, your grievance may be **dismissed.**



Detailed Transaction History Inquiry

Main   Quick Launch

Exit
Help
Previous
Payt Ist Inq
Card History

OK

| | |
|---|---|
| Account Number | 4708069937 |
| T/C   7250 | POS PUR NOD |
| Eff Date | 06/10/20 |
| Post Dt | 06/10/20 |
| Tran Amt | 4,000.00 |
| Check Nbr | |
| Backdated | |
| Prior Stmt | Y |
| Int Rate | .0000% |

**Current**

| | |
|---|---|
| Source | ACH |
| Sub Source | ATM |
| Batch | 555 |
| Seq Number | 168695 |

**Original**

| | |
|---|---|
| Source | ACH |
| Sub Source | ATM |
| Batch | 555 |
| Seq Nbr | 168695 |
| Post Dt | 06/10/20 |

**Maintenance**

| | |
|---|---|
| User ID | |
| Override ID | |
| Workstation | |
| Mnt Date | 06/09/20 |
| Mnt Time | |

| | |
|---|---|
| Running Current Balance | 6,767.31 |
| Running Collected Balance | 6,767.31 |
| Trace Nbr | 103003630134961 |

**Statement Description**

POS PURCHASE
LOPEZ & JOHNSON OKLAHOMA CITY OK
000207

**ACH**

| | | | |
|---|---|---|---|
| File ID | AHF0610249 | SEC Code | POS |
| Co ID | 103003632 | Indiv ID Number | 0000316694520 |
| Co Name | POS PURCHASE | Indiv ID Name | POS PURCHASE |
| Co Discr Data | POS PURCHASE | | |

**Internal Notes**

**Reg E**

| | |
|---|---|
| Reg E Opt-In Dcsn ATM | Non-consumer acct (not covered) |
| Reg E Opt-In Dcsn POS | Non-consumer acct (not covered) |

Image

CASHIER'S CHECK
*CREDIT COPY*

BancFirst.

Date: August 14, 2020   Teller No. 4150006   Serial No. 415016593

Amount: $******6,000.00   Purchaser: JOANN N JOHNSON

Payee: MIKE JOHNSON
FOR CHRIS LEDBETTER

⑈415016593⑈ ⑆103003632⑆ 0800004509⑈ 20

Account:800004509 Serial:415016593 Amount:$6,000.00
Sequence:941624980 Date:08-14-2020 TR:103003632 DC:0 TC:20
Capture Sequence:415001000099930

## COURTROOM MINUTE SHEET

DATE  12/17/2020

CASE NUMBER  CR-20-168-G

USA _____  -vs-  Christopher Ledbetter _____

COMMENCED  10:09          ENDED  02:16                    TOTAL TIME  4 hrs 7 mins

PROCEEDINGS  Sentencing _____

JUDGE CHARLES B. GOODWIN          DEPUTY JACOB BUCKLE      REPORTER Cassy Kerr

PLF COUNSEL  Matt Dillon, Jessica Perry _____

DFT COUNSEL  Michael Johnson _____

PROBATION OFFICER  Raquel Sweet _____

INTERPRETER _____

WITNESSES FOR PLAINTIFF                     WITNESSES FOR DEFENDANT

1. _____            1. _____

2. _____            2. _____

3. _____            3. _____

4. _____            4. _____

5. _____            5. _____

The Court hears argument re PSR from Deft and Govt and re Sentencing from Govt and Deft as well as personal statement of Deft and commits Deft to BOP for 57 months followed by 3 years supervised release in addition to ordering a $100.00 special assessment due immediately. Deft advised of DPPA and appeal rights and remanded to custody of USM.

chris Never waved his rights
To A Appeal

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CIV 21 0197 F

Christopher Ledbetter )
Petitioner )
)
v. )
) Case No.
) (Supplied by Clerk of Court)
Lt. Thompson/PCPSC/FBI/BOP )
Respondent )
(name of warden or authorized person having custody of petitioner)

**FILED**

MAR 09 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: Christopher Steven Ledbetter

    (b) Other names you have used:

2.  Place of confinement:

    (a) Name of institution: Pottawatomie County Jail Block

    (b) Address: 14209 HWY 177
    Shawnee, OK 74804

    (c) Your identification number: 34626

3.  Are you currently being held on orders by:

    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you: United States Courthouse
    200 N.W. 4TH St.   Oklahoma City, OK 73102

    (b) Docket number of criminal case: 45

    (c) Date of sentencing: 17 December 2020

    ☐ Being held on an immigration charge

    ☐ Other (explain):

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain):  Wrongful / Illegal Imprisonment, Crimes Comitted by FBI, Misrepresentation and Crimes Comitted by Lawyer and Federal Judge

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  United States Courthouse-OKC, FBI JTTF-OKC, OK & Quantico, VA

(b) Docket number, case number, or opinion number:  CR-20-168-G

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):  Sentence of 57 months in BOP custody for 1 count of "Posession of Machine Gun", FBI illegal forfeiture/theft without warrant, Lawyer misrepresent

(d) Date of the decision or action:  17 December 2020

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: *My hired Lawyer, Michael Johnson, told my family he gave up our right to appeal after my sentencing. We signed nothing to consent to this and were not told of it beforehand*

8.    **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(6)  Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255  (NOTE: this section is to be completed only by persons being held in custody on orders of federal authorities)**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes           ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence:   *N/A first appeal*

_____

_____

_____

_____

_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____

(b)   Date of the removal or reinstatement order: _____

(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

_____

Page 6 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was arrested without a warrant, and later given an illegal warrant.

(a) Supporting facts (Be brief. Do not cite cases or law.):

I was arrested by FBI JTTF on 4 June 2020, while at my construction jobsite in OKC. I was not given a warrant after my arrest at first. Later my lawyer, Michael Johnson, presented me with a warrant dated 5 June 2020 and notary stamped the same date, with no information under "arresting officers"

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes   ☐ No   N/A first appeal.

**GROUND TWO:** The firearm I was charged with already met the ATF legal definition of "machinegun" when I legally purchased it.

(a) Supporting facts (Be brief. Do not cite cases or law.):

The firearm in question is a Romanian AKM with the receiving trunnion dated 1976 and serial number 6V2300. The firearm was built from a parts kit including some newer pieces, but all numbers matching serialized components were originally manufactured as full auto in 1976. Purchased from Big Boys Guns & Ammo in OK

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes   ☐ No   N/A first appeal.

**GROUND THREE:** The FBI with Special Agent James A. Anderson, in charge committed armed robbery by taking many more belongings from myself, my family and other homeowners nearby without presenting a search warrant beforehand.

Page 8 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Took all firearms from me and my Mother and Fathe
phone, cameras, etc. and never gave back any
firearms and various other belongings past 30 day;
after sentencing. Also took neighbors childrens
school computers, destroyed special needs
child's feeding tube, door, etc. Pictures taken.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes        ☐ No   N/A first appeal

**GROUND FOUR:** My Lawyer, Michael Johnson, gave
me an illegal warrant dated after my arrest,
gave away my right to appeal w/o my consent,
and repeatedly threatened my family to not talk.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The illegal warrant, my Mother's phone records,
no signature or statement from me ever
giving away my right to appeal. He also
admitted to me that he murdered civilians
while in military service and laughed about it,
and insulted me repeatedly, and lied repeatedly.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes        ☐ No   N/A first appeal

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:
_____
_____
_____
_____

**Request for Relief**

15.  State exactly what you want the court to do:  Examine the proof and
release me immediately from wrongful/illega
imprisonment, and pay all fees due to me.
Motion for all stolen belongings by FBI
to be returned except for the machinegun, as
it is the ~~gun whose~~ responsibility for
selling w/o a proper tax stamp. Award punitive
compensation to my family, the children, and me.
Report all involved for criminal charges.

Page 9 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system, with the correct postage attached: **4 MARCH 2021**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: **20210304**

*Christopher Ledbetter*

Signature of Petitioner

*JoAnn Johnson*

Signature of Attorney or other authorized person, if any

AO 91 (rev.11/11) Criminal Complaint

DEFENDANT COPY

AUTHORIZED AND APPROVED DATE: *Jessica Perry* 06/05/20

## United States District Court
for the

WESTERN DISTRICT OF _____ OKLAHOMA

FILED

JUN – 5 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKL.
BY_____DEPUT

UNITED STATES OF AMERICAN,

v.

CHRISTOPHER STEVEN LEDBETTER,

Case No: M-20-255-SM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 4, 2020, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o)(1) | Possession of Machine Gun |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent James A. Anderson. of the Federal Bureau of Investigation which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

_____
JAMES A. ANDERSON
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: **6/5/20**

_____
Judge's signature

City and State: Oklahoma City, Oklahoma

SUZANNE MITCHELL, US Magistrate Judge
Printed name and title

## CONCLUSION

19.    Based on the forgoing, I believe there is probable cause to believe that on June 4, 2020, in Oklahoma City, Oklahoma, in the Western District of Oklahoma, **CHRISTOPHER STEVEN LEDBETTER** did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), that was not registered to him in violation of Title 18, United States Code, Section 922(o).

**FURTHER, YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

James A. Anderson
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me on _June 5_____, 2020

HONORABLE SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

10

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

UNITED STATES OF AMERICA,                )
                                          )
            Plaintiff,                    )
                                          )
        v.                                )    Case No: M-20-255-SM
                                          )
CHRISTOPHER STEVEN LEDBETTER,             )
                                          )
            Defendant                     )

## ARREST WARRANT

To: any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay,

Christopher Steven Ledbetter, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Machine Gun in violation of Title 18, United States Code, Section 922(o)(1).

Date  6/5/20

_____
Issuing officer's signature

City and State: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
Printed name and title

## Return

This warrant was received on (date)_____, and the person was arrested on (date)_____
at (city and state) _____.

Blank

Date _____

_____
Arresting officer's signature

_____
Printed name and title

financial records, birth/marriage/divorce records, school transcripts, employment records, military service records, medical records, or medical or counseling records. If the defendant is unable or unwilling to provide this documentation, the probation officer will seek to obtain it independently. Probation officers may also visit the defendant's residence to assess the defendant's living condition, family relationships and community ties.

Defendants have the right to refuse to answer questions or provide information during the presentence interview. A defendant's attorney may have a legal or strategic basis in a given case for advising the client not to answer certain questions or to sign releases of information. The decision not to answer a question or provide information will be reported to the court with a notation the decision was made on the advice of counsel. It is possible the lack of information in the report concerning particular subjects may restrict the defendant's access to programs offered by the Federal Bureau of Prisons if the defendant is incarcerated. Lack of information on some matters may also impact the calculation of the advisory sentencing guidelines. You are encouraged to consult with you attorney regarding what information to provide during the presentence investigation interview.

Defendants should plan to be at the presentence interview for approximately one hour. Most attorneys choose to be present during the presentence investigation interview.

## WHO RECEIVES THE PRESENTENCE REPORT?

*I Never got it or saw it*

The federal presentence investigation report is a confidential document. The disclosure of the presentence report to certain parties is governed by Rule 32 of the Federal Rules of Criminal Procedure, as well as local rules in the individual federal districts.

The first draft of the report (often referred to as the "initial disclosure") is provided only to the attorney for the government and the attorney for the defendant. The defendant's attorney should schedule a time to provide the defendant a copy of the report and review it with him/her. At this time, either attorney or the defendant may file objections to any information contained in the report. Each attorney may contest the accuracy of the information contained in the presentence report or the application of the sentencing guidelines to that information. The probation officer will list and provide a response to all objections received in an *addendum* to the presentence report. Once the probation officer has completed the addendum, the full report and addendum is disclosed to the attorney for the government, the attorney for the defendant, and the sentencing judge.

After sentencing if a defendant is ordered to serve a term of imprisonment, the presentence report will be provided to the Federal Bureau of Prisons to assist the Bureau in classifying the defendant to the appropriate security level, providing needed prison programs, and for release planning. Although the presentence report is provided to the Bureau of Prisons, it remains an official court document and may not be re-disclosed by the Bureau of Prisons to any third party.

Any other disclosure of the presentence report may only be done at the recommendation of the probation office and pursuant to court order allowing the disclosure.

themselves or don't want you to. Like here we can run around with automatics and explosives and tell the cops to suck our dicks because they know we will die for it at this point. But then we have offered shop owners protection to open back up and most of them decline just cause they are scared of breaking the law. If the bend the knee there for this and Duncans family gets fucked more with no protection, they will be getting visited sooner or later by those that are willing to take a stand."

g.  On May 1, 2020 at 23:38:25 UTC, **LEDBETTER** replied to a comment by FBU 11: "ah I see. Na I've never had an SBR/SMG. Just run a select fire and a few grenades EDC lol."

13.    I caused a search to be conducted of the Bureau of Alcohol, Tobacco, Firearms and Explosives's (ATF) federal licensing system. That search determined that **LEDBETTER** does not have the required licenses to possess a machine gun.

14.    On June 4, 2020, **LEDBETTER** was arrested by FBI Agents in Oklahoma City pursuant to a state arrest warrant. While being taken into custody, for officer safety and public safety, FBI agents asked **LEDBETTER** whether there were any explosives in the vehicle. Agents told **LEDBETTER** they appreciated him being straightforward. **LEDBETTER** gestured toward his vehicle (a 2017 blue Jeep Wrangler, Oklahoma tag HXT771) with his head and stated, "I've always been straight forward. That rifle in there is select fire. You have them." FBI agents understood his statement to mean that he had a

8

FD-395 (Rev. 11-5-02)

# FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

Place: *FBI OFFICE OKLAHOMA CITY*   Date: *6-4-2020*   Time: *12:00 PM*

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed   *Chris Ledbetter*

### WITNESS

Witness: _____

Witness: _____

Time: *12:03 PM*


court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✓  USAO No.: _____  Case No.: M-20-255-SM

Charging Document: **Complaint**  No. of Defendants: **1**  Total No. of Counts: **1**  Sealed: Y ☐

Forfeiture: Y ☐  OCDETF: Y ☐  Warrant: ☐  Summons: ☐  Notice: ☐  N ✓
N ✓  N ✓  Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: **DEG**

| Name: **CHRISTOPHER STEVEN LEDBETTER** | |
|---|---|
| Alias(es): | Address: McLoud, OK 74851 |
| | FBI No.: |
| DOB: 1990   SSN: XXX-XX-1469 | Race: White   Interpreter: Y ☐  N ✓ |
| Sex: M ✓   F ☐   Juvenile: Y ☐  N ✓ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**  **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☐ Not in Custody    ✓ Detention Requested | Complaint:  Y ☐   N ☐ |
|---|---|
| ☐ Type of Bond: _____ | Magistrate Judge Case No.: MJ- |
| ✓ In Custody at: Logan County Jail | |
| Inmate/Prisoner/Register No.: 2020-0564 | Previously Detained:  Y ✓   N ☐ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: _____ | AUSA: Jessica L. Perry |
|---|---|---|
| ☐ CJA Panel | Address: _____ | Agent /Agency: FBI |
| ☐ Retained | Phone: _____ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(o)(1) | Possession of a Machine Gun | NMT 10 year's imprisonment, $250,000 fine or both; NMT 3 years' S/R; $100 S/A |

Signature of AUSA: _Jessica Perry_   Date: 6/5/20

266N-OC-3241877 Serial 218

-1 of 7-

FD-302 (Rev. 5-8-10)

FEDERAL BUREAU OF INVESTIGATION

Date of entry _____06/12/2020____

Christopher Ledbetter, date of birth (DOB) ▮▮▮/1990, was interviewed while in custody at the 3301 West Memorial Road in Oklahoma City, Oklahoma. After being advised of the identity of the interviewing Agents and the nature of the interview, Ledbetter provided the following information:

The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.

On June 4, 2020, Ledbetter was advised his Miranda rights and signed a form acknowledging his rights and agreeing to talk to agents.

Ledbetter claimed that McLoud Police Department and Chief Wesley Elliot had been harassing him. He said that he was being disarmed for walking or jogging down the road with his weapons. He mentioned that they would ask him to disarm for their safety, and Ledbetter said "you are going to have to kill me next time, because I am tired of this." He said that he would pull his weapon on law enforcement if they pull a weapon on him.

Ledbetter said that McLoud PD was corrupt. He had been getting together with a group of friends to train to be able to protect themselves from police. Ledbetter mentioned Officer Jones had a girlfriend that lived next to his parents and sister in McLoud. Jones had stopped his sister while off duty and harassed her on the road leading up to their residence. Ledbetter mentioned that Officer Jones identified himself as the Chief of Police during this incident. Ledbetter mentioned that the altercation with Officer Jones also involved a dispute over Jones dumping trash in Ledbetter's mother's dumpster.

Ledbetter had purchased his body armor from BulletProofMe in Texas. When he heard about the altercation happening with Officer Jones and his family, he

Investigation on  06/04/2020  at Oklahoma City, Oklahoma, United States (In Person)

File # 266N-OC-3241877                                      Date drafted  06/04/2020

by  RICH JOSHUA E, James A. Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

LED_000601

AO 472 (Rev. 11/16)   Order of Detention Pending Trial

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

    ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

    ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

    ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

    ☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

    ☐ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

    ☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

    **OR**

    ☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☒ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☐ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☒ Weight of evidence against the defendant is strong
☐ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☒ History of violence or use of weapons
☐ History of alcohol or substance abuse
☐ Lack of stable employment
☒ Lack of stable residence *Not true*
☐ Lack of financially responsible sureties
☐ Lack of significant community or family ties to this district

Case 5:20-mj-00285-SM   Document 21   Filed 06/07/20   Page 3 of 5

AO 472  (Rev. 11/16)  Order of Detention Pending Trial

☐ Significant family or other ties outside the United States
☐ Lack of legal status in the United States
☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☒ Prior attempt(s) to evade law enforcement    *(was told by right lighted*
☒ Use of alias(es) or false documents          *would   High lighted  not true*
☐ Background information unknown or unverified              *be killed*
☐ Prior violations of probation, parole, or supervised release      *NC*

OTHER REASONS OR FURTHER EXPLANATION:

The Bail Reform Act provides that a "judicial officer shall order the pretrial release of the person . . . unless the judicial officer determines that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community." 18 U.S.C. § 3142(b). The Bail Reform Act favors the pretrial release of defendants.

On June 10, 2020, the Court held a hearing on the government's request for Defendant's detention pending trial based upon risk of flight and danger to the community. Assistant United States Attorney Matt Dillon and Jessica Perry represented the government. Defendant appeared in person and with counsel, Michael Johnson.

The structured system of the Bail Reform Act, 18 U.S.C. § 3141 *et seq.*, regarding the release or detention of a defendant before trial seeks to ensure the Court carefully considers and contemplates the interests of the defendant and the public before the Court orders release or detention. The Court is charged with holding a hearing to determine whether there exists "any condition or combination of conditions set forth in [18 U.S.C. § 3142(c)] that will reasonably assure the appearance of the [defendant] as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Section 3142(c)(1)(B) of the Bail Reform Act sets forth a nonexclusive list of conditions that a court may impose upon granting a defendant's motion for pretrial release. If the Court determines no sufficient condition or combination of conditions exists, the Court may order that Defendant be detained without bail pending trial.

The Court considers the four factors set forth in § 3142(g) to determine whether pretrial detention is warranted. The four factors are:

(1) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including—

(A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

(B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and



**Dominique Valdez**
.I live in McLoud..I don't know if it's the same officer but there use to be a McLoud Police officer that used to drive around town handing candy out to the kids after school..he has stopped in front of my house before to give my 2 daughters some candy..at the time I didnt think nothing of·it..I thought he was just being a GOOD friendly cop..I still don't know if it is the same cop that's been accused and got fired for pedophilia..I know the officers name but im not going to divulge the name until I find out for sure if its him..plus one of my daughters friends call him uncle officer "name"..its kinda weird when I was told that's not her uncle..???

2d   Like   Reply   Message

**Dominique Valdez**
I will do anything to help..I been sharing on my facebook..

2d   Like   Reply   Message

Write a comment...                GIF   ☺

---

Jones
Trespassed

ATTACHMENT A

VEHICLE TO BE SEIZED AND SEARCHED

A blue 2012 Jeep Wrangler Sport, Oklahoma tag number FKT771, vehicle identification number (VIN) 1C4AJWAG7JL743718, registered to· Christopher Ledbetter.

the world this is why he did that's what he does okay

MMS 7:48 AM



Joann just to let you know the McLoud pd has been to my house..I wouldn't let them in my house with no warrant..they questioned me and my 2 girls..then went on to let me know they know who my boyfriend is..he is a felon without a driver's license who takes care of his blind dying mother who is in end stage renal failure..he has to drive is mother 3 days a week to dialysis and the other two days they got Dr.s appointments..they did warrant checks ran the tags of all vehicles at my house..I cant let anything happen to my boyfriend because if he goes to jail for anything there is nobody to take care of his mother..I will

Wed, 06/10/2020

Was second one uncle tod.? Tod jones??
6:25 AM



Pedi
6:25 AM

Officer jones is the one that drove around handing out candy to the kids..one of my daughters friends call him uncle officer jones..and mackey keener is the ill be that approached my girls at the park asking if they were alone.
6:31 AM



Mackey keener is the one that approached
6:32 AM

---

+14056958384



cant let anything happen to my boyfriend because if he goes to jail for anything there is nobody to take care of his mother..I will still be trying to get the word out by mouth only..my social media is being watched..and I pretty much know if I keep posting things they are gonna start retaliating on my boyfriend cuz I have noticed they are patrolling by my house more and I been doing the driving and everytime we pass a police they are looking to see who is driving.

8:54 AM MMS



Continue to message me all info I do have people doing posting for me that live outside city limits.
10:36 AM

---

+14056958384

done okay

MMS 10:44 AM



They really didnt threaten me but you can tell by what questions they asked and how and when they ask them..they did their homework on my house but I'm not worried..I am a law abiding citizen..I live my life with meaning and compassion..just because I'm native doesn't make me stupid like they think.
10:50 AM



Just just remember Duncan Duncan lamp Okay that was killed in his bed by the FBI because he had it some illegal gun supposedly they came at 3 in the morning

+1 405-695-0554

—— Wed, 06/10/2020 ——

Was second one uncle tod.? Tod jones??
6:25 AM

Pedi
6:25 AM

Officer jones is the one that drove around handing out candy to the kids..one of my daughters friends call him uncle officer jones..and mackey keener is the ill be that approached my girls at the park asking if they were alone.
6:31 AM

Mackey keener is the one that approached
6:32 AM

the defenseless the defenseless women and children like your children and let it be known to the world this is why he did that's what he does okay
MMS 7:48 AM

Joann just to let you know the McLoud pd has been to my house..I wouldn't let them in my house with no warrant..they questioned me and my 2 girls..then went on to let me know they know who my boyfriend is..he is a felon without a driver's license who takes care of his blind dying mother who is in end stage renal failure..he has to drive is mother 3 days a week to dialysis and the other two days they got Dr.s appointments..they did warrant checks ran the tags of all vehicles at my house..I cant let anything happen to my boyfriend because if he goes to jail for anything there is nobody to take care of his mother..I will

1/2

JoAnne Johnson turned in files to child welfare reception for Watts on 2/22/2021. They were given to her by her attorney Mike Johnson.

Ashley Jennings

Admin. Tech III

Child Welfare

Paper
mike Johnson gave
me to take Home. I sending
pitures of this TexT.
would not answer me
To return Them. these are
personal. To watts family.

3-10-21
JoAnn Johnson

on
1066 Rd
74851

 CERTIFIED MAIL

7020 1290 0000 9835 0262



1021

73152

U.S. POSTAGE PAID
FCM LG ENV
MCLOUD, OK
74851
MAR 17 21
AMOUNT
**$5.60**
R2303S100225-07

MAR 18 2021

Office of general Counsel
Oklahoma Bar Association

P.O. Box 53036
Oklahoma City OK
73152

LOPEZ & JOHNSON, PLLC

*Trial Attorneys*

JOAN L. LOPEZ
MICHAEL S. JOHNSON

OFFICE COUNSEL
WILLIAM LANE FITZ
MARCO J. PALUZBO
HEATHER M. ROBERTS

April 19, 2021

Stephen Sullins
Assistant General Counsel
1901 North Lincoln Blvd
Oklahoma City, OK 73152

Re: Grievance by JoAnn Hazel Johnson, IC-21-150

Dear Mr. Sullins,

Thank you for the opportunity to respond to the allegations made by Mrs. Johnson. I was hired in early June 2020, to represent her son Christopher Ledbetter on a Federal Criminal Complaint filed June 5th, 2020. The complaint, along with supporting affidavit, along with many allegations of subversive conduct was based primarily on Mr. Ledbetter's possession of a machine gun. All of the other acts alleged in the affidavit concerned conduct by Mr. Ledbetter which led him to be on the radar of the FBI Joint Terrorism Task Force. Specifically, he was on the news in Topeka, Kansas, bragging that he was carrying an illegal machine gun and there was nothing the government could do about it; posting videos on facebook of him shooting the machine gun at practice targets with the word police written across the target; a video filmed from his go pro camera of him refusing to pull over for a traffic stop and exiting with the machine gun; a video of him with a different assault weapon at the McCloud police station in full military kit confronting the McCloud police chief.

These actions culminated in a search warrant being issued June 3rd, 2020, a search being conducted June 4th, 2020, and a Federal Complaint being filed June 5th, 2020. Additionally, Mr. Ledbetter was arrested on June 4th, 2020, for a Lincoln County state arrest warrant for Feloniously pointing a firearm for the traffic stop incident.

A Detention hearing was held before the Honorable Suzanne Mitchell in which she found the Defendant to be a danger to the community and ordered him detained until trial. At the hearing the U.S. Marshal's service had every available officer in full kit with assault weapons guarding the federal courthouse because individuals associated with the defendant had threatened to invade the courthouse and free him.

Afterwards, the assigned Assistant United States Attorney, Matthew Dillon, and I negotiated a plea agreement in which he would plea to a single count of possession of a machine gun. In return, the Government would not seek any additional enhancements relating to inciting violence, threats of insurrection, manufacturing illegal weapons, or attempted acts of Domestic Terrorism. Because Mr. Ledbetter had minimal criminal history and because he had

fully confessed after his arrest and after being mirandized, this plea was accepted by Mr. Ledbetter after consultation with me.

Mr. Ledbetter pled guilty to possession for a machine gun to the Honorable Charles Goodwin. At the change of plea hearing, Judge Goodwin went over in detail the plea agreement, the plea supplement, the petition to enter plea form, the waiver of indictment and the waiver of jury trial. All of these forms were explained by me to Mr. Ledbetter when he signed them. Regarding his right to appeal: The plea agreement gives him the right to appeal if the Judge sentenced him in excess of the advisory guideline range. He can also appeal if there was ineffective assistance of counsel. Judge Goodwin made it a point to specifically explain this again to Mr. Ledbetter. At the conclusion of the hearing a presentence report (PSR) was ordered by the Judge and assigned to the United States Probation office.

Upon receiving the PSR, I consulted with Mr. Ledbetter and various objections were filed. Most had to do with social media posts which portrayed him as a far right extremist. The basis for these objections were that they did not constitute relevant conduct and were meant to prejudice the court into thinking my client was a nut case. The most relevant objection concerned whether on the eluding a traffic stop in Lincoln County, Mr. Ledbetter had pointed a firearm at officers. This, if granted, would allow a 4 level sentence enhancement. No state charges have ever been filed regarding this incident.

At sentencing, the judge had reviewed videos of the traffic stop, videos of Mr. Ledbetter's statement on the steps of the Kansas Capitol, Mr. Ledbetter's social media posts, a copy of his confession, a copy of the video shooting police targets with the machine gun, and various photographs in addition to support statements for Mr. Ledbetter.

The judge never made a ruling that Mr. Ledbetter pointed the machine gun at police; however, he did find that by not pulling over when the police were chasing him, he avoided earlier detection of the machine gun by law enforcement thus concealing his crime and allowed the 4 level enhancement. This resulted in an advisory guideline range of 57-71 months. Mr. Ledbetter was sentenced to 57 months, the low end of the advisory guideline range.

Subsequent to sentencing I worked diligently to retrieve all the property that was seized including 19 firearms and various electronic devices and cameras. 5 of the firearms came back on NCIC as stolen, even though these NCIC entries were over 25 years old. This upset Mrs. Johnson immensely. Her actions and texts messages became incoherent, abusive, and quite frankly offensive. I finally told her I would no longer continue helping her. I gave her a copy of all the discovery since her son had given me permission to do so. I would not give her a copy of the PSR as it is forbidden by statute and local rule, both of which I supplied to her. Even defendants are not allowed to have a copy of the PSR. Afterwards, these subsequent federal filings listing her as the attorney and bar complaint ensued.

Addressing the specific allegations in her complaint:

1) The search warrant was signed June 3rd, 2020. It was executed June 4th, 2020. The complaint (the charging document) was filed June 5th, 2020, along with the arrest warrant relating to the complaint. She has attached the complaint not the search warrant. She has a copy of the search warrant and affidavit and yet chose not to attach it. This allegation is without merit.

2) Mr. Ledbetter, pursuant to a plea agreement which benefitted him immensely, waived certain aspects of his right of appeal in order to receive the plea agreement. This was explained to him by myself prior to signing the agreement and an extensive record was made by Judge Goodwin at the change of plea hearing explaining this waiver to him. This allegation is without merit.

3) Mrs. Johnson is correct in that I did not and will not give Mr. Ledbetter a copy of his PSR. I did go over it extensively with him, did raise and litigate a multitude of objections and made sure all the information provided by Mr. Ledbetter to the U.S. probation officer was correct.

4) I'm not sure how many times I went to the Pottawatomie County Detention Center to visit Mr. Ledbetter; however; because of COVID lockdowns in mid to late 2020 it was difficult to arrange attorney client visits in person. I did have some in person visits as well as attorney client phone calls with Mr. Ledbetter and he was well prepared for his sentencing.

5) Finally, Mrs. Johnson has attached various texts between her and others concerning their displeasure with the McCloud police department. I'm not sure how this relates to my representation of Mr. Ledbetter other than this was his justification for having a machine gun, ie. to protect himself against the McCloud police department.

I have enclosed a copy of Mr. Ledbetter's Motion under 28 U.S.C. § 2255. I am concerned that Mrs. Johnson is holding herself out as an attorney on this motion. Mr. Ledbetter is a former marine, former combat medic who fought ISIS in Syria, and a very impressionable young man who has extreme loyalty to his mother. I personally feel that his sentence was excessive based upon his service to his country. Listening to an unskilled conspiracy theorist about how you were mistreated by law enforcement and the justice system is merely going to fuel this young man's rage. She is filing frivolous motions on his behalf and filling his head with falsehoods and misstatements about his case. I did advise them to stay off of social media since they were being monitored by the JTTF.

Hopefully, I have answered all questions regarding these allegations. If I can be of further assistance please feel free to call at any time

Sincerely,

Michael S. Johnson

# FILED

Page 2

APR 09 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| | |
|---|---|
| **United States District Court** | **Western District of Oklahoma** |

| | |
|---|---|
| Name (under which you were convicted): CHRISTOPHER STEVEN LEDBETTER | Docket or Case No.: M-20-255-SM |
| Place of Confinement: Logan County Jail & Pottawatomie Co. Jail (Present) | Prisoner No.: 2020-0564 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) v. CHRISTOPHER STEVEN LEDBETTER |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States Courthouse 200 N.W. 4TH Street Oklahoma City, OK 73102

   (b) Criminal docket or case number (if you know): 45

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: December 17, 2020

3. Length of sentence: 57 months

4. Nature of crime (all counts): 1 count Possession of Machine Gun (18 U.S.C. § 922(o)(1))

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

Page 1

# Motion to Vacate, Set Aside, or Correct a Sentence
## By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

7. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court
   Western District of Oklahoma
   200 N.W. 4th Street, Room 1210
   Oklahoma City, OK  73102

8. **CAUTION:** You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

9. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☒ No ☐   *I was not allowed to speak*
8. Did you appeal from the judgment of conviction?  Yes ☐ No ☒   *at pre-trial, but*
9. If you did appeal, answer the following:   *lawyer testified.*

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: *United States District Court, Western District of Oklahoma*

(2) Docket or case number (if you know): *CIV-21-0197-F*   (3) Date of filing (if you know): *March, 9, 2021*

(4) Nature of the proceeding: *Petition for a Writ of Habeas Corpus 28 U.S.C. §2241*

(5) Grounds raised: *Illegal Imprisonment, Wrongful Charge, Illegal Seizures, Ineffective Counsel.*

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: *Dismissed without Prejudice*

(8) Date of result (if you know): *March 22, 2021*

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____
(5) Grounds raised: _____

_____
_____
_____
_____

_____
(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐
(7) Result: _____
(8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition:   Yes ☐   No ☐
(2) Second petition:   Yes ☐   No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United
    States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: I was arrested by FBI JTTF on June 4, 2020 while at
a homeowner's construction jobsite in OKC. I was not given a
warrant after my arrest at first. Later my Lawyer,
Michael Johnson, presented me with a criminal
complaint and a warrant both dated June 5, 2020 and
notary stamped the same date, with no information
or signatures under "arresting officers" section.

_____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Attached Criminal Complaint
and Warrant

(b) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☐
    (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☒   No ☐
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: Petition for Writ of Habeus Corpus (28 U.S.C. § 2241)    Name
    and location of the court where the motion or petition was filed: United States District Court,
    Western District of Oklahoma
    Docket or case number (if you know): CIV-21-0197-F
    Date of the court's decision: March 22, 2021    Result
    (attach a copy of the court's opinion or order, if available): Dismissed without Prejudice

Page 5

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Filed under wrong § 2241, refiling appropriately under § 2255.

GROUND TWO: The firearm I was charged with already met the ATF legal definition of "machinegun" when I legally purchased it.

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The firearm in question is a Romanian AKM with the receiving trunnion dated 1976 and serial number GV2300. The firearm was built from a parts kit including some newer pieces, but all numbers matching serialized components were originally manufactured as full auto in 1976. Purchased by me from Big Boys Guns and Ammo in Oklahoma.

Page 6

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒    No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _Petition for Writ of Habeus Corpus (28 U.S.C. $2241)_

Name and location of the court where the motion or petition was filed: _United States District Court, Western District of Oklahoma_

Docket or case number (if you know): _CIV-21-0197-F_

Date of the court's decision: _March 22, 2021_

Result (attach a copy of the court's opinion or order, if available): _Dismissed without Prejudice_

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 7

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Filed under wrong § 2241, refiling appropriately under § 2255.

GROUND THREE: The FBI with Special Agent James A. Anderson in charge committed armed robbery by taking many more belongings from myself, my family, and other homeowners without presenting a search warrant beforehand.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Took all firearms from me and my Mother and Father as well as phone, cameras, etc. and never gave back any firearms and various other belongings past 30 days after sentencing. Also took neighbor's childrens school computers, destroyed special needs childs feeding tube, door, etc. Pictures taken.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Petition for Writ of Habeus Corpus (28 U.S.C. § 2241)

Name and location of the court where the motion or petition was filed: United States District Court, Western District of Oklahoma

Docket or case number (if you know): CIV-21-0197-F

Date of the court's decision: March 22, 2021

Page 8

Result (attach a copy of the court's opinion or order, if available): _**Dismissed**_
_**without Prejudice**_

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _**Filed**_
_**under wrong § 2241, refiling appropriately**_
_**under § 2255.**_

_____

**GROUND FOUR:** _My paid Lawyer, Michael Johnson, gave me an illegal warrant dated after my arrest, gave away my right to appeal w/o my consent, and repeatedly threatened my family to not talk._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _The illegal warrant itself, my Mother's phone records, and no signature or statement from me even giving away my right to appeal. He also admitted to me that he murdered civilians while in military service and laughed about it, insulted me repeatedly, and lied repeatedly and omitted legal information and documents from ever showing them to me._

(b)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

Case 5:20-cr-00168-G   Document 58-4   Filed 07/22/21   Page 48 of 52
Case 5:20-cr-00168-G   Document 50   Filed 04/09/21   Page 9 of 12

Page 9

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒   No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: *Petition for Writ of Habeus Corpus (28 U.S.C, §2241)*

Name and location of the court where the motion or petition was filed: *United States District Court,*
*Western District of Oklahoma*

Docket or case number (if you know): *CIV-21-0197-F*

Date of the court's decision: *March 22, 2021*

Result (attach a copy of the court's opinion or order, if available): *Dismissed without Prejudice.*

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: *Filed*
*under wrong §2241, refiling appropriately*
*under §2255.*

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: *None have been previously*
*presented in federal court because my petition*
*under §2241 incorrectly and now is correctly*
*being filed under §2255, and before*
*now as stated my hired Lawyer informed my family*
*that he gave away my right to appeal without*
*my consent.*

Case 5:20-cr-00168-G   Document 58-4   Filed 07/22/21   Page 49 of 52
Case 5:20-cr-00168-G   Document 50   Filed 04/09/21   Page 10 of 12

Page 10

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?
Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _Michael Johnson_    1103 NW 87TH Street
Oklahoma City, OK 73114

(b) At arraignment and plea: _Michael Johnson_    1103 NW 87TH Street
Oklahoma City, OK 73114

(c) At trial: _____

(d) At sentencing: _Michael Johnson_    1103 NW 87TH Street
Oklahoma City, OK 73114

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐
No ☒
(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____
(c) Give the length of the other sentence: _____
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

Page 12

Therefore, movant asks that the Court grant the following relief: Examine the proof and release me immediately from illegal imprisonment, pay all fees due to others and me, return all stolen belongings except for machinegun that falls under gun store's responsibility, file the or any other relief to which movant may be entitled. crimes committed described herein.

*JoAnn Johnson*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __APRIL, 2, 2021__ (month, date, year).

Executed (signed) on __APRIL 2, 2021__ (date).

*Christopher Ledbetter*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____
_____

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

June 25, 2021

Michael Sheddie Johnson
Attorney at Law
1103 NW 87th St
Oklahoma City, OK 73114

RE: Grievance by JoAnn Johnson, IC-21-150

Dear Mr. Johnson:

Thank you for your letter dated April 19, 2021, concerning the above-referenced grievance. We will keep your response on file for future reference if necessary.

We appreciate your cooperation and concern in reviewing this matter. We have concluded that this matter will not be forwarded for formal investigation at this time. You will be advised if the complainant pursues this matter further.

Sincerely,

Stephen Sullins
Assistant General Counsel

SLS/wm

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org



# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

June 25, 2021

JoAnn Hazel Johnson
333247 E.1066 Rd
Mcloud, OK 74851

RE:    Grievance against Michael Sheddie Johnson, IC-21-150

Dear Ms. Johnson:

After a careful review of your grievance and the response provided by Mr. Johnson, we have concluded that this matter will not be forwarded for formal investigation. Please be advised we are unable to assist you and decline to take further action at this time.

Sincerely,

Stephen Sullins
Assistant General Counsel

SLS/wm

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org