UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 17, 2021

Mr. Matthew Bryan Dillon
Mrs. Jessica Lynn Perry
Office of the United States Attorney
Western District of Oklahoma
210 West Park Avenue, Suite 400
Oklahoma City, OK 73102

Mr. Christopher Steven Ledbetter
Shawnee - PCPSC
14209 Highway 177
Shawnee, OK 74804
2020-0564

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**   **21-6092, United States v. Ledbetter**
Dist/Ag docket: 5:20-CR-00168-G-1

Dear Counsel, Appellant and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

                                                   Sincerely,

                                                   Christopher M. Wolpert
                                                   Clerk of Court

CMW/klp